# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET DILLON, | Case No. 1:11-cv-00091-DLB PC |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION** |
| v. | |
| PETER JIMENEZ, et al., | **ECF No. 23** |
| Defendants. | |

Plaintiff Bret Dillon ("Plaintiff") is a former California state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. On June 29, 2012, Defendant Jimenez filed a motion to dismiss for failure to exhaust administrative remedies. ECF No. 23. As of the date of this order, Plaintiff has not responded.[1]

Pursuant to Local Rule 230(l), Plaintiff as the non-moving party is required to serve and file an opposition or statement of non-opposition within twenty-one (21) days from the date of service of the moving party's motion. Accordingly, it is HEREBY ORDERED that Plaintiff is to serve and file a response to Defendant's motion to dismiss within twenty-one (21) days from the date of service of this order. Failure to file an opposition will be construed as a waiver of the opportunity to file an opposition, and failure to respond may result in dismissal of this action for failure to obey a court order.

IT IS SO ORDERED.

Dated:   **September 13, 2012**          /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

---

[1] On July 25, 2012, Defendant served a notice regarding how to oppose a motion to dismiss for failure to exhaust administrative remedies, as required by *Woods v. Carey*, 684 F.3d 934, 935 (9th Cir. 2012). ECF No. 24.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28