# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET DILLON,<br><br>            Plaintiff,<br><br>    v.<br><br>JIMENEZ,<br><br>            Defendant. | Case No. 1:11-cv-00091 AWI DLB PC<br><br>ORDER VACATING HEARING DATE<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Bret Dillon is a former California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Defendant's June 29, 2012, Motion to Dismiss has been stayed pending limited discovery regarding exhaustion. Discovery was to have been completed by July 21, 2013.[1]

On July 19, 2013, Defendant filed a Motion for Monetary and Evidentiary Sanctions based on Plaintiff's failure to appear for his deposition. Defendant set a hearing for August 23, 2013, before the Honorable Dennis L. Beck.

Defendant's Motion can be resolved without a hearing and the hearing date is therefore VACATED.

Plaintiff is ORDERED to file an opposition to the Motion within twenty-one days of the date of service of this order. Local Rule 230(l).

---

[1] At this point, there is no need for an evidentiary hearing related to Plaintiff's claims of exhaustion.

1

<u>Failure to file an opposition will be construed as a waiver of the opportunity to file an opposition.</u>

IT IS SO ORDERED.

Dated:  **July 22, 2013**                            /s/ *Dennis L. Beck*
                                                   UNITED STATES MAGISTRATE JUDGE