# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET DILLON,<br><br>        Plaintiff,<br><br>   v.<br><br>JIMENEZ,<br><br>        Defendant. | Case No. 1:11-cv-00091 AWI DLB PC<br><br>ORDER DENYING PLAINTIFF'S REQUEST TO MOVE DEPOSITION<br><br>(Document 44) |

    Plaintiff Bret Dillon is a former California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983.

    On August 13, 2013, the Court granted Defendant's motion for sanctions in part. Defendant was ordered to depose Plaintiff in Fresno, rather than Sacramento, given his location in Southern California and his financial situation.

    On August 30, 2013, the Court received a notice from Plaintiff. It appears that Defendant noticed his deposition for September 11, 2013, in Fresno, California. Plaintiff requests that the Court order that the deposition be moved to Southern California because he cannot travel due to financial issues.

1

1    Plaintiff's request is DENIED.  Given that this action is venued in Fresno, Fresno is an
2 appropriate location for the deposition.  Moreover, the Court has already attempted to accommodate
3 Plaintiff by ordering that the deposition occur here, rather than in Sacramento.[1]

IT IS SO ORDERED.

   Dated:   **September 4, 2013**              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is also reminded that if this action reaches trial, his personal appearance in this Court will be necessary for the duration of the trial.

2