# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET DILLON, | Case No. 1:11-cv-00091-AWI-DLB PC |
| Plaintiff, | **ORDER VACATING HEARING DATE** |
| v. | **ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS** |
| PETER JIMENEZ, | |
| Defendant. | **(ECF No. 46)** |
| | **TWENTY-ONE DAY DEADLINE** |

Plaintiff Bret Dillon ("Plaintiff") is a former California state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Defendant's June 29, 2012, Motion to Dismiss has been stayed pending limited discovery regarding exhaustion. Discovery was to have been completed by July 21, 2013.

On September 20, 2013, Defendant filed a Motion for Monetary and Terminating Sanctions based on Plaintiff's second failure to appear for his deposition. (ECF No. 46.) Defendant set a hearing for October 25, 2013, before the Honorable Dennis L. Beck. Defendant's Motion can be resolved without a hearing and the hearing date is therefore VACATED.

Plaintiff is ORDERED to file an opposition to the Motion within twenty-one days of the date of service of this order. Local Rule 230(*l*).

<u>Failure to file an opposition will be construed as a waiver of the opportunity to file an opposition.</u>

IT IS SO ORDERED.

Dated: **September 29, 2013**          /s/ *Dennis L. Beck*
                                                             UNITED STATES MAGISTRATE JUDGE

1